**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **08 C 1253** |
| DINA DINATALE, | |
|       Plaintiff, | |
| v. | |
| Stock Building Supply, LLC, | |
|       Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DINA DINATALE

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

| |
|---|
| NAME (Type or print) |
| Kathleen C. Chavez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kathleen C. Chavez |
| FIRM |
| CHAVEZ LAW FIRM, P.C. |
| STREET ADDRESS |
| 28 North First Street, Suite 2 |
| CITY/STATE/ZIP |
| Geneva, IL 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06255735 | (630) 232-4480 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT