**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                         Case Number: **08 C 1253**

DINA DINATALE,
　　　　Plaintiff,
v.
Stock Building Supply, LLC,
　　　　Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DINA DINATALE

**JUDGE CASTILLO**
**MAGISTRATE JUDGE NOLAN**

| |
|---|
| NAME (Type or print)<br>Peter L. Currie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Peter L. Currie |
| FIRM<br>THE LAW FIRM OF PETER L. CURRIE, P.C. |
| STREET ADDRESS<br>536 Wing Lane |
| CITY/STATE/ZIP<br>St. Charles, IL 60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06281711 | (630) 862-1130 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT