UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DINA DINATALE<br><br>PLAINTIFF(S)<br><br>vs.<br><br>STOCK BUILDING SUPPLY, LLC<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 C 1253**<br><br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 07, 2008**, at **1:40 PM**, I served the above described documents upon **STOCK BUILDING SUPPLY, LLC C/O CT CORP.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **LOURDES VINA / PROCESS SPECIALIST**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **208 S. LASALLE ST., STE 814, CHICAGO, IL 60604**.

**DESCRIPTION:**  Gender: **F**  Race: **HISPANIC**  Age: **32**  Hgt: **5'4"**  Wgt: **150**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*
**Robert D Fairbanks**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 7th day of March, 2008

*[signature] Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>**Foote, Meyers, Mielke & Flowers, LLC**<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>**36952** |

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 1253**

SUMMONS IN A CIVIL CASE

DINA DINATALE,

    Plaintiff,

V.

Stock Building Supply, LLC.,

    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Stock Building Supply, LLC
c/o CT Corporation Systems, As Registered Agent
208 South LaSalle Street
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street
Suite 2
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

March 3, 2008
_____
Date