## U. S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:    In order to appear before this Court, an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

In the Matter of                                      Case Number:  08 C 1253

DINA DINATALE
           v.
STOCK BUILDING SUPPLY, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR STOCK BUILDING SUPPLY, LLC.

| | |
|---|---|
| NAME (Type or Print) <br>    Joan M. Eagle, Esq. | |
| SIGNATURE (Use electronic signature if the Appearance form is filed electronically) <br>    s/ Joan M. Eagle | |
| FIRM <br>    SCHWARTZ COOPER CHARTERED | |
| STREET ADDRESS <br>    180 North LaSalle Street, Suite 2700 | |
| CITY/STATE/ZIP <br>    Chicago, IL   60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    6185343 | TELEPHONE NUMBER <br>    (312) 845-5410 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |