**In the U. S. District Court**
**For the Northern District of Illinois**
**Eastern Division**

In the Matter of

DINA DINATALE,
              **Plaintiff**

       **v.**

STOCK BUILDING SUPPLY, LLC,
          **Defendant.**

**Case Number 08 C 1253**

**Judge Ruben Castillo**
**Magistrate Judge Nan R. Nolan**


## MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT


Defendant, Stock Building Supply, LLC ("Stock"), by and through one of its attorneys, Joan M. Eagle of SCHWARTZ COOPER CHARTERED, hereby moves for a three-week extension of time, to April 17, 2008, to answer the Complaint.  In support thereof Stock states:

1.    SCHWARTZ COOPER CHARTERED was retained to represent Stock on March 17, 2008.  The Answer to the Complaint is due on March 27, 2008.

2.    Counsel for Stock has been unable to complete an investigation into the allegations of the Complaint because of the unavailability of key persons at Stock due to the Easter holidays, vacations and press of business.

3.    Counsel for Stock anticipates being able to file an answer on or before April 17, 2008, which leaves sufficient time for the parties to file a joint status report on or before April 28, 2008, and appear for a settlement conference on April 30, 2008, at 2:00 p.m.

4.    Counsel for Stock called Lead Counsel for Plaintiff and three other counsel in Lead Counsel's office who have filed appearances in order to inform them of Stock's request for an extension of time to answer; however, no one was available.

WHEREFORE, Stock Building Supply, LLC respectfully requests that its Motion for Extension of Time to Answer Complaint is granted and Stock is given until April 17, 2008, to answer the Complaint.

Respectfully submitted,

_Joan M. Eagle_

Joan M. Eagle, One of the Attorneys for Defendant

Joan M. Eagle, Esq. (312) 845-5439
Patrick T. Stanton, Esq. (312) 845-5410
Attorneys for Stock Building Supply, LLC
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, IL   60601
Fax:  312-264-2433
jeagle@schwartzcooper.com