In the U. S. District Court
For the Northern District of Illinois
Eastern Division

In the Matter of

DINA DINATALE,
    Plaintiff

Case Number 08 C 1253

v.

Judge Ruben Castillo
Magistrate Judge Nan R. Nolan

STOCK BUILDING SUPPLY, LLC,
    Defendant.

### NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

To:    See Attached Service List

PLEASE TAKE NOTICE that on **Wednesday, April 2, 2008, at 9:45 a.m.,** we will appear before the Honorable Ruben Castillo, Room 2141, Dirksen Federal Building, Chicago, Illinois and then and there present **MOTION FOR EXTENTION OF TIME TO FILE ANSWER,** a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

_Joan M Eagle_
Joan M. Eagle, One of the Attorneys for Defendant

Joan M. Eagle, Esq. (312) 845-5439
Patrick T. Stanton, Esq. (312) 845-5410
Attorneys for Stock Building Supply, LLC
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, IL  60601
Fax:  312-264-2433
jeagle@schwartzcooper.com

475718.2 051679-37422
3/24/08

## SERVICE LIST

**Plaintiff: DINA DINATALE** represented by:

| | |
|---|---|
| **Robert M. Foote**<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, IL  60134<br>(630) 232-6333<br>rmf@foote-meyers.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | **Adam L. Gill**<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, IL  60134<br>(630) 232-6333<br>agill@foote-meyers.com<br>ATTORNEY TO BE NOTICED |
| **Kathleen Currie Chaves**<br>Chavez law Firm P. C.<br>28 North First Street, Suite 2<br>Geneva, IL  60134<br>(630) 232-4480<br>gkeg4@aol.com<br>ATTORNEY TO BE NOTICED | **Peter Lawrence Currie**<br>The Law Firm of Peter L. Currie, P.C.<br>536 Wing Lane<br>St. Charles, IL  60174<br>(630) 862-1130<br>Fax: (630) 845-8982<br>Plclaw05@aol.com<br>ATTORNEY TO BE NOTICED |
| **Stephen William Fung**<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, #2<br>Geneva, IL  60134<br>(630) 232-6333<br>sfung@foote-meyers.com<br>ATTORNEY TO BE NOTICED | |