**In the U. S. District Court**
**For the Northern District of Illinois**
**Eastern Division**

In the Matter of

DINA DINATALE,
               Plaintiff                              **Case Number 08 C 1253**

               **v.**

                                          **Judge Ruben Castillo**
                                          **Magistrate Judge Nan R. Nolan**

STOCK BUILDING SUPPLY, LLC,
               Defendant.

**CERTIFICATE OF SERVICE**

To:     See Attached Service List

I, Joan M. Eagle, hereby certify that I caused a copy of the attached **NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER** to be served on counsel of record by filing same in the United States District Court's ECF system for the Northern District of Illinois by electronic mail on this 24th day of March 2008.

                                                 _____
                         Joan M. Eagle, One of the Attorneys for Defendant

Joan M. Eagle, Esq. (312) 845-5439
Patrick T. Stanton, Esq. (312) 845-5410
Attorneys for Stock Building Supply, LLC
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, IL   60601
Fax:  312-264-2433
jeagle@schwartzcooper.com

475719.2 051679-37422
3/24/08

## SERVICE LIST

**Plaintiff:  DINA DINATALE** represented by:

**Robert M. Foote**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL   60134
(630) 232-6333
rmf@foote-meyers.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Adam L. Gill**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL   60134
(630) 232-6333
agill@foote-meyers.com
ATTORNEY TO BE NOTICED

**Kathleen Currie Chaves**
Chavez law Firm P. C.
28 North First Street, Suite 2
Geneva, IL  60134
(630) 232-4480
gkeg4@aol.com
ATTORNEY TO BE NOTICED

**Peter Lawrence Currie**
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, IL   60174
(630) 862-1130
Fax:  (630) 845-8982
Plclaw05@aol.com
ATTORNEY TO BE NOTICED

**Stephen William Fung**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL   60134
(630) 232-6333
sfung@foote-meyers.com
ATTORNEY TO BE NOTICED