IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DINA DINATALE, | ) |
| | ) Case No. 08 C 1253 |
| Plaintiff, | ) |
| | ) Judge Ruben Castillo |
| v. | ) Magistrate Judge Nan R. Nolan |
| | ) |
| STOCK BUILDING SUPPLY, LLC, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

**To:**

**Robert M. Foote**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL 60134
(630) 232-6333
rmf@foote-meyers.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Adam L. Gill**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL 60134
(630) 232-6333
agill@foote-meyers.com
ATTORNEY TO BE NOTICED

**Kathleen Currie Chaves**
Chavez law Firm P. C.
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-4480
gkeg4@aol.com
ATTORNEY TO BE NOTICED

**Peter Lawrence Currie**
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, IL 60174
(630) 862-1130
Fax: (630) 845-8982
Plclaw05@aol.com
ATTORNEY TO BE NOTICED

**Stephen William Fung**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL 60134
(630) 232-6333
sfung@foote-meyers.com
ATTORNEY TO BE NOTICED

I, Joan M. Eagle, hereby certify that I caused a copy of the attached **DEFENDANT'S ANSWER TO COMPLAINT** to be served on counsel of record by filing same in the United States District Court's ECF system for the Northern District of Illinois by electronic mail on this 17th day of April 2008.

                _s/ Joan M. Eagle_
               Joan M. Eagle, One of the Attorneys for Defendant

Patrick T. Stanton, Esq.
Joan M. Eagle, Esq.
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 845-5410 (Phone)
(312) 264-2480 (fax)

478796.2 051679-41874
4/17/08